**SEALED**
BY ORDER OF THE COURT

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Hawaii

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case No. |
| **BERNADETTE ACASO** | ) | |
| | ) | MJ 26-00702 KJM |
| | ) | |
| | ) | |
| _____ | ) | **FILED UNDER SEAL PURSUANT TO** |
| *Defendant(s)* | | **CRIMLR5.2(a)(1)** |

> **FILED IN THE**
> **UNITED STATES DISTRICT COURT**
> **DISTRICT OF HAWAII**
> July 22, 2026, 4:58 pm (ea)
> **Lucy H.Carrillo, Clerk of Court**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of    unknown but no later than 11/5/24    in the county of    Maui    in the
    --    District of    Hawaii    , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. Section 611(a) | Voting by an Alien |

This criminal complaint is based on these facts:

SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

**FBI Special Agent Benjamin Sexton**
*Printed name and title*

Sworn to under oath before me telephonically, and attestation
acknowledged pursuant to Fed.R.Crim.P. 4.1(b)(2).

Date:    July 22, 2026

City and state:    Honolulu, Hawaii

_____
Barry M. Kurren
United States Magistrate Judge

KENNETH M. SORENSON
United States Attorney
District of Hawaii

HEIDI TURNER
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Email: Heidi.Turner@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CASE NO. MJ 26-00702 KJM |
| | ) |
| Plaintiff, | ) AFFIDAVIT IN SUPPORT |
| | ) OF CRIMINAL COMPLAINT |
| vs. | ) |
| | ) **FILED UNDER SEAL** |
| BERNADETTE ACASO, | ) |
| | ) |
| Defendant. | ) |
| | ) |

AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, BENJAMIN SEXTON, after being duly sworn telephonically, depose and

state as follows:

1.      This affidavit is submitted for the purpose of establishing probable cause for a criminal complaint charging that from on a date unknown, but no later than November 5, 2024, in the District of Hawaii and elsewhere, BERNADETTE ACASO ("ACASO") violated 18 U.S.C. § 611(a)) (Voting by an Alien).

2.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") assigned to the FBI's Honolulu Field Office. I have been employed by the FBI since 2021. I received law enforcement training from the FBI Academy in Quantico, Virginia. I am presently assigned to the Public Corruption Squad and have investigated matters involving public corruption, fraud, and election crimes. I have experience in drafting search warrants and criminal complaint affidavits, as well as other investigative skills, such as surveillance, victim, witness, and subject interviews, and working with confidential human sources.

3.      The facts and information contained in this affidavit are based on my personal involvement in this investigation, personal knowledge and observations, my review of records and documents obtained during this investigation, and information received from other individuals, including but not limited to analysts and other law enforcement officers, as well as my training and experience. Because this affidavit is submitted for the limited purpose of establishing probable cause in support of a criminal complaint, it does not set forth each and every fact known by me or the United States.

2

**PROBABLE CAUSE**

4.      ACASO was born in Dasmarinas, Philippines. A review of immigration records indicated ACASO entered the United States on September 16, 2018, via an F33 visa, which is a visa for an unmarried child of an F31 visa holder/applicant. From September 16, 2018, to present, ACASO has been a Legal Permanent Resident (LPR) and has resided in the state of Hawaii.

5.      On January 29, 2026, the FBI received a referral from the County Clerk of the County of Maui in the District of Hawaii, whose records indicated ACASO submitted a mail-in ballot in the 2024 General Election, which occurred on November 5, 2024.

6.      On June 17, 2026, the FBI conducted a voluntary, non-custodial, recorded interview of ACASO. During this interview, ACASO admitted she voted by signing and mailing a ballot for the 2024 presidential election while she was residing in Maui. ACASO claimed her uncle pressured her to vote and told her to vote for a particular candidate. ACASO said she felt scared of her uncle because he had petitioned for her and her family members to come to the United States from the Philippines. However, ACASO stated she did not feel physically threatened, no one forced her to put the ballot in the mailbox, and that she acted of her own free will. ACASO also stated that when she voted she believed LPRs could vote and, therefore, did not realize what she was doing was illegal.

3

7.    Later on June 17, 2026, during follow-up email communications with the FBI, ACASO provided a screen recording indicating she had received an email dated November 5, 2024, stating that her 2024 general election ballot had been received.

## CONCLUSION

8.    Based on the foregoing, I respectfully submit that there is probable cause that on a date unknown, but no later than November 5, 2024, in the District of Hawaii and elsewhere, BERNADETTE ACASO, voted as an alien in the 2024 general election, in violation of 18 U.S.C. § 611(a).

//

//

//

//

//

//

//

//

//

//

//

4

## REQUEST TO SEAL

9.      I further request that the Court order that all papers in support of this application, including the application, this affidavit, and the clerk of court's docket sheet, be sealed until further order of the Court. These documents pertain to an ongoing criminal investigation that is not public, and the defendant has not yet been arrested in connection with this matter. Accordingly, I believe there is reason to seal these documents because their premature disclosure may seriously jeopardize the investigation or cause the defendant to flee prosecution or destroy evidence.

Respectfully submitted,

BENJAMIN SEXTON
Special Agent
Federal Bureau of Investigations

This Criminal Complaint Agent's Affidavit in support thereof were telephonically presented to, approved by, and probable cause to believe that the defendant above-named committed the charged crime(s) found to exist by the undersigned Judicial Officer on July 22 , 2026.



Barry M. Kurren
United States Magistrate Judge

5